CHRISTOPHER A. MEASOM et al., Respondents, v GREENWICH AND PERRY STREET HOUSING CORPORATION, Appellant.

Submitted August 13, 2007; decided October 18, 2007

Reported below, 42 AD3d 366.

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered in an appeal from another court (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

MARK MISK, Appellant, v JOYCE G. MOSS et al., Defendants, and ANGELA O'BRIEN, Respondent.

Submitted August 6, 2007; decided October 18, 2007

Reported below, 41 AD3d 672.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see* Karger, Powers of the New York Court of Appeals § 5:3, at 109 [rev 3d ed 2005]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAGMELDEEN AZAZ, Appellant.

Submitted October 15, 2007; decided October 18, 2007

Reported below, 41 AD3d 610.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.